UNITED STATES of America, Appellant, v. The BANK OF POWERS, J. E. Collier and Mrs. J. E. Collier, Appellees.

No. 9361.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1939.

Carl C. Donaugh, U. S. Atty., of Portland, Or., for appellant.

Robert T. Jacob, of Portland, Or., for appellee.

Before DENMAN, MATHEWS and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the court, ordered that the appeal in this cause be dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

UNITED STATES of America, Appellant, v. Leo G. BECKER, et al.

No. 11499.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1939.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo.

L. V. Copley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant and consent of appellees.

UNITED STATES of America, Appellant, v. George BRANDEIS.

No. 11606.

Circuit Court of Appeals, Eighth Circuit.

Oct. 21, 1939.

Joseph T. Votava, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant.

UNITED STATES of America v. Leona B. FROST, in Her Own Name and as Administratrix, etc.

No. 9341.

Circuit Court of Appeals, Ninth Circuit.

Oct. 30, 1939.

Frank E. Flynn, U. S. Atty., of Phoenix, Ariz.

Harry O. Juliani, of Tucson, Ariz., for appellee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of the appeal herein, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.